UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches ©,
Plaintiff

v.

WFMY NEWS 2 d/b/a digtriad.com,
Defendants

Civil No:

4:07-4142-MBS-WMC

## Complaint

42 USC 1983, Discrimination against watching the news, I'm in Solitary. I have No T.V. To watch the news at FCI Williamsburg. I have a Constitutional right to media. I don't have access to the weather reports. If a Tornado hits FCI Williamsburg, I have No warning, and no window to look out in Solitary to prepare myself. I don't have bottle water or Flash lights with batteries. This is unconstitutional and a 8th amendment violation for cruel and unusual punishment. I seek $49 million in damages for No News abuse.

Jonathan Lee Riches ©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully submitted

Jonathan Lee Riches ©

Riches v. WFMY News 2    Doc. 1

Dockets.Justia.com